# United States District Court
# Western District of North Carolina
# Statesville Division

|  |  |  |
|---|---|---|
| Joanne O'Neill, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:16-cv-00129-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 7, 2017 Order.

June 7, 2017

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court